IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 17-30992 |
| Edmond Hood } | |
| Johnnie Hood } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

**Objection to Claim No. 10
Of Creditor CARRINGTON MORTGAGE SERVICE. LLC**

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of CARRINGTON MORTGAGE SERVICE. LLC and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on April 5, 2017.

2. The Creditor, filed the Claim number 10 of CARRINGTON MORTGAGE SERVICE. LLC on the 10th day of August , 2017. Said claim is objectionable because said claim the claim is filed for the April 2017, house payment, which was paid in April, 2017 by the Debtor. The Debtor filed the case on April 5, 2017, and at that months payment was made directly to the Creditor.on or before the 3rd day of April, 2017. The Debtor does not know why the payment was not credited; however he is current on the mortgage..

Wherefore, the premises considered, the Debtor request this court to sustain the objection to the Claim number 10 of CARRINGTON MORTGAGE SERVICE. LLC and to disallow the claim.

Respectfully submitted,

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day January 26, 2018.

Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs

CARRINGTON MORTGAGE SERVICE. LLC
PO BOX 3489
ANAHEIM, CA  92803

Case 17-30992    Doc 32    Filed 01/26/18    Entered 01/26/18 15:55:28    Desc Main
Document      Page 2 of 2