UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re    Case No. 17–30992
         Chapter 13

Edmond Hood and Johnnie Hood,

    Debtors.

## NOTICE

Notice of Submission Error requiring refiling. Please refer to www.almb.uscourts.gov for the current LBR 3007–1 and file a new objection with the current rule. Please file a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)32 Objection to Claim). Corrected filing due by 2/5/2018. (RLW)

Dated January 29, 2018

Juan–Carlos Guerrero
Clerk of Court